**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DEAN C. BOYD**                                                                             **PLAINTIFF**

**CAUSE NO. 4:22-CV-00010-NBB-DAS**

**DEWAYNE COLLIER and
REGINALD BOOKER**                                                     **DEFENDANTS**

**ORDER DENYING MOTION TO STAY**

This matter comes before the Court on Plaintiff's *pro se* "Motion to Stay of Proceeding to Enforce a Judgment… " Doc. # 53. Plaintiff requests a stay of these proceedings to enforce a judgment. These proceedings, however, were closed by order dated December 13, 2022, *see* Doc. # 51, and Plaintiff fails to identify what judgment to which he is referring that he wishes to enforce. As such, the Court finds that the instant motion [53] is not well-taken and is, therefore, **DENIED.**

**SO ORDERED**, this the 17th day of January, 2023.

                                                    /s/ David A. Sanders
                                                    **DAVID A. SANDERS
                                                    UNITED STATES MAGISTRATE JUDGE**